■ THEODORE AVERON, Respondent, v FIRST NATIONAL CITY BANK Appellants.—Order, Supreme Court, New York County, entered on February 8, 1978, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Birns, J. P., Sandler, Markewich and Lupiano, JJ.

■ In the Matter of SOLOMON LIEBOWITZ, Appellant, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on November 1, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by Helman, J., at Special Term. Concur—Birns, J. P., Sandler, Markewich and Lupiano, JJ.


(Republished)